IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF    CV 10 80013

Norman Charles Newhouse - #104746

_____/

VRW

### ORDER TO SHOW CAUSE

It appearing that Norman Charles Newhouse has been suspended by the Supreme Court of California for one year and until restitution, and two years probation with conditions. If the period of actual suspension is 2 years or greater, remain suspended until shows proof of rehabilitation, fitness to practice, and learning and ability in the general law. Member is required to comply with Rule 9.20 of the California Rules of Court and to pass the Professional Responsibility Examination effective November 26, 2009,

**IT IS ORDERED**

That respondent show cause in writing on or before March 7, 2010 as to why he should not be suspended from the practice of law before this court.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:
Norman Charles Newhouse
Attorney At Law
483 Seaport Ct Ste 103
Redwood City, CA 94063