IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:              No CV 10 80018 MISC VRW

Norman Charles Newhouse,        ORDER

    State Bar No 104746

_____/

        On January 29, 2010, this court issued an order to show cause (OSC) why Norman Charles Newhouse should not be removed from the roll of attorneys authorized to practice law before this court, based upon his suspension by the State Bar of California effective November 26, 2009.

        The OSC was mailed to Mr Newhouse's address of record with the State Bar on February 3, 2010. Mr Newhouse filed a response on February 8, 2010. Mr Newhouse stated that as he is suspended from practice by the State Bar of California, his suspension by this court would be redundant. Decl Norman Newhouse, Feb 8, 2010, at 2. Mr Newhouse further stated that when reinstated to practice by the State Bar, it is his "assumption" that he "will again be eligible to practice in federal courts where I am admitted to practice." Id at 1-2. This assumption is incorrect in the Northern District of California.

Attorneys admitted to practice in this court must be members in good standing of the State Bar of California or admitted pro hac vice. Civil LR 11-3(b). As Mr Newhouse apparently resides in California and maintains an office in California, he is ineligible for admission pro hac vice. Civil LR 11-3(b). Upon his readmission to practice by the State Bar, Mr Newhouse must apply for admission to practice before this court. See Civil LR 11-1(c)-(e). He does not automatically become eligible to practice in this court simply by virtue of reinstatement by the State Bar.

The court now orders Norman Charles Newhouse removed from the roll of attorneys authorized to practice before this court. In accordance with Civil Local Rule 11-7(b)(4), upon completion of the period of suspension Mr Newhouse may file a petition for reinstatement with this court.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

In the matter of:

CV 10-80018 (MISC) VRW

Norman Charles Newhouse,

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk,
U.S. District Court, Northern District of California.

That on March 23, 2010 I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Norman Charles Newhouse
483 Seaport Court Ste 103
Redwood City, CA 94063


Dated: March 23, 2010

                                      Richard W. Wieking, Clerk
                                      By: Cora Klein, Deputy Clerk

                                      *Cora Klein* (signature)